UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:07-CR-99(01) RM |
| | ) | |
| KEVIN W. RIEDER | ) | |
| | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 6, 2008 [Doc. No. 46]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Kevin W. Rieder's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(8).

SO ORDERED.

ENTERED:   December 1, 2008

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court